IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03388-NYW-TPO

MATTHEW GLENN NOE,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
PENTAGON FEDERAL CREDIT UNION,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 15, 2026.**

      For good cause shown, the Parties' Joint Motion to Enter Joint Protective Order [ECF 26] is **granted**. The Court will enter the Parties' proposed protective order separately.